UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT R. ZABRISKIE,

Plaintiff,

-vs-  Case No. 6:10-cv-622-Orl-18GJK

HESS, INC., JOHN DOE NO. 1, BOB
HANSELL also known as Sheriff of Osceola,
JOHN DOE NO. 2, JOHN DOE NO. 3, JOHN
DOE NO. 4, JOHN DOE NO. 5,

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **DENIED** and the complaint is **DISMISSED** as frivolous. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this _7_ day of June, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Pro se Plaintiff
Counsel of Record
United States Magistrate Judge