UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT R. ZABRISKIE,

Plaintiff,

-vs-  Case No. 6:10-cv-622-Orl-18GJK

HESS, INC., JOHN DOE NO. 1, BOB
HANSELL also known as Sheriff of Osceola,
JOHN DOE NO. 2, JOHN DOE NO. 3, JOHN
DOE NO. 4, JOHN DOE NO. 5,

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Leave to Proceed on Appeal In Forma Pauperis (Doc. No. 14). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and made part of this order. Plaintiff's Motion for Leave to Proceed on Appeal In Forma Pauperis is **DENIED**.

It is **SO ORDERED** in Orlando, Florida, this 26 day of August, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record